UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Edward Griffes

    Petitioner,

-v-

Steve Rivard

    Respondent.
_____/

HON. Mark A. Goldsmith

HON. R. Steven Whalen

Case No. 4:11-cv-14227-MAG-RSW

FILED
MAR 27 2012
CLERK'S OFFICE
DETROIT

MOTION TO STAY PROCEEDINGS AND HOLD PETITION IN ABEYANCE

WITH BRIEF IN SUPPORT OF MOTION FOR STAY

    Now comes Petitioner to request that this court hold his Petition for Writ of Habeas Corpus in Abeyance while he seeks exhaustion of the following issues at the state court level in accordance with 28 U.S.C. sec. 2254 (b), (c) O'Sullivan v. Boerckel, 526 U.S. 838, 844-45, 119 S. Ct. 1728, 1732 (1999). And in support states:

1. Petitioner Edward Griffes, filed his PETITION FOR WRIT OF HABEAS CORPUS in this court on or about 9/21/2011.

2. The Respondent was ordered to respond to the Petition and file a Answer with this Court by April 3, 2012.

3. At this point in time the State has not answered the original Petition, and therefor would not be prejudiced by the Court GRANTING this request.

4. Under the circumstances Appellate Counsel raised two (5) claims through the Michigan Court of Appeals and Michigan Supreme Court's.

```
                              F I L E D
                              MAR 27 2012
     UNITED STATES DISTRICT COURT
  FOR THE EASTERN DISTRICT OF MICHIGAN CLERK'S OFFICE
            SOUTHERN DIVISION              DETROIT
```

Edward Griffes

    Petitioner,        Civil Action No. 4:11-cv-14227-MAG-RSW

                          HON. Mark A. Goldsmith

-v-                          UNITED STATES DISTRICT JUDGE

                          HON. R. Steven Whalen

Steve Rivard              UNITED STATES MAGISTRATE JUDGE

    Respondent.
_____/

Edward Griffes #626025
St. Louis Correctional Facility
8585 N. Croswell Rd.
St. Louis, MI 48880
PETITIONER IN PRO PER
_____/

MOTION TO HOLD HABEAS PETITION IN ABEYANCE, NOW COMES Petitioner, in propria persona, and hereby moves this Honorable Court to Hold his Petition for Habeas Corpus in Abeyance, stating:

1. Respondent contends that Petitioner has not properly exhausted his third claim in the state courts or given the state appellate courts a fair opportunity to pass upon the issue *presented within the brief.* see Respondent's Answer to Petition for Writ of Habeas Corpus, Statement Regarding Exhaustion of State Court Remedies, page 3.

2. Petitioner asks this Honorable Court to Hold his Petition for Writ of Habeas Corpus in Abeyance so that he may file a Motion for Relief From Judgement, pursuant to MCR 6.500, in order to properly exhaust his third claim and to satisfy the requirements of 28 USC §2254 (b).

3. Because I am a prisoner I am unable to seek concurrence in the relief sought under the Local Rules for the Eastern District of Michigan.

(1)

WHEREFORE, Petitioner respectfully requests this Court to hold this matter in abeyance until he can properly exhaust the third claim in the state court.

Respectfully submitted,

*Edward Griffes 626025*

Edward Griffes   #626025
in Pro Per
St. Louis Correctional Facility
8585 N. Croswell Rd.
St. Louis, MI   48880

DATE: 3-21-12

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD GRIFFES

    Petitioner,

  -v-

Steve Rivard

    Respondent.
_____/

Civil Action No. 4:11-cv-14227-MAG-RSW

HON. Mark A. Goldsmith

Edward Griffes  #626025
St. Louis Correctional Facility
8585 N. Croswell Rd.
St. Louis, MI  48880
Petitioner in Pro Per
_____/



PROOF OF SERVICE

    On  3-23 , 2012, I served a true copy of he pleadings listed below and proof of service upon the Assistant Attorney General, Habeas Corpus Division, P.O. Box 30217, Lansing MI 48909.

List of Pleadings:

Motion to Hold Habeas Petition In Abeyance
Brief In Support Of Motion
by placing the same in a sealed envelope with postage fully prepaid thereon and pursuant to the MDOC expedited legal mail policy turning said pleadings over to the appropriate MDOC staff who, in turn, deposited it into the United States Mail.

    I declare that the forgoing statements are true to the best of my information, knowledge, and belief.

*Edward Griffes*
Edward Griffes  #626025

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



Edward Griffes

    Petitioner,

-v-

Steve Rivard

    Respondent.
_____/

Civil Action No. 4:11-cv-14227-MAG-RSW

HON. Mark A. Goldsmith

UNITED STATES DISTRICT JUDGE

HON. R. Steven Whalen

UNITED STATES MAGISTRATE JUDGE

Edward Griffes  #626025
St. Louis Correctional Facility
8585 N. Croswell Rd.
St. Louis, MI  48880
PETITIONER IN PRO PER
_____/

BRIEF IN SUPPORT OF MOTION TO

HOLD HABEAS PETITION IN ABEYANCE

## ISSUES PRESENTED

Petitioner asks this Honorable Court to Hold his Petition for Writ of Habeas Corpus in Abeyance so that he may file a Motion for Relief From Judgment, pursuant to MCR 6.55, in order to properly exhaust his third claim and to satisfy the requirements of 28 USC §2254 (b).

I.   The prosecutor prejudged petitioner with improper argument.

II.  Defendant was denied a fair trial by the failure to empanel a separate jury.

III. Defendant was denied effective assistance of trial councel.

IV.  Defendant was unconstitutionaly prejudiced by ineffective assistance or appellate counsel.

V.   Defendant was denied the assistance of co counsel G.R. Pete Frye who wanted to help represent defendant pro bono. This deniend defendant his Equal Protection Clause under the 14th Amendment XIV U.S.C.A..

VI.  Unduly sugestive wittness identification of defendant.

## AUTHORITY FOR THE RELIEF SOUGHT

A habeas petitioner may not resort to federal court without first giving the state courts a fair opportunity to address his claims and to correct any error of constitutional magnitude. 28 U.S.C. sec. 2254(b), (c); O'Sullivan v. Boerckel, 525 U.S. 838, 844-45, 119 S. Ct. 1732 (1999). To satisfy that requirement, he must present both the operative facts and the legal principles that control each claim to the state judiciary; otherwise, he will forfeit federal review of the claim. Rodriguez v. Scillia, 193 F.3d 913, 916 (7th Cir. 1999); Bocian v. Godinez, 101 F.3d 465, 469 (7th Cir. 1996).

## ARUGUMENT

In order to satisfy the federal habeas exhaustion requirement, a state prisoner must present his claims to a state court of last resort in a petition for discretionary review when that review is part of the state's ordinary appellate review procedure. Although the Illinois Supreme Court's system of discretionary review discourages cases which do not involve questions of broad significance, a right to raise claims does exist. Petitioner's failure to timely present his claims to the Illinois Supreme Court resulted in procedural default. O'Sullivan v Boerckel, 526 US 838; 119 SCt 1728; 144 LEd2d 1 (1999).

RELIEF REQUESTED

Petitioner would ask that this Honorable Court grant this Motion to hold his petition in abeyance so that he may properly present his claim to the state courts.

Respectfully submitted by:

*Edward Griffes 626025*
Edward Griffes  #626025
St. Louis Correctional Facility
8585 N. Croswell Rd.
St. Louis, MI   48880

Edward Griffes #626025
St. Louis Correctional Facility
8585 N. Croswell Road
St. Louis, Michigan 48880

Edward Griffes #626025
St. Louis Correctional Facility



Clerk of the Court
Hon. Mark A. Goldsmith
[illegible stamp]
Theodore Levin United States Courthouse
231 Lafayett Blvd.
Detroit, Michigan 48226

